

0004218

WHEN RECORDED RETURN TO:
NTC — ATTN: THOMAS TEMPLE
2100 ALT. 19 NORTH
PALM HARBOR, FLORIDA 34683
BANK of NEW YORK:31170052

ey, CA 93063

BOOK 1109 PAGE 141

### CORPORATION ASSIGNMENT OF MORTGAGE
Doc. ID#
Commitment#

For Value received, the undersigned, COUNTRYWIDE HOME LOANS, INC., 1800 TAPO CANYON ROAD, SIMI VALLEY CA 93063, hereby grants, assigns and transfers to:
- The Bank of New York Trustee under the Pooling and Servicing Agreement
- Series CZ-__, at 101 Barclay Street, NY, NY 10286, Corp Trust-MBS

All its interest under that certain Mortgage dated 12/18/02, executed by:
DENIZ SHABO, Mortgagor as per MORTGAGE recorded as instrument No. ____
on ____ in Book ____ Page ____
in the County Recorder's Office of PROVIDENCE County, RHODE ISLAND, official records
Tax Parcel ____ LINCOLN TOWN TAX COLLECTOR
Original Mortgage $400,000.00
10 MAPLEWOOD DRIVE, LINCOLN, RI 02864  ≠ £ Daniel E. Shabo

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

✓ Rec'd 12/19/02
BL 1937 pg 03
inst: 0009996

COUNTRYWIDE HOME LOANS, INC.

By: _____
S. Niakan, Assistant Secretary

Dated: 12/30/2002
State of California
County of Ventura

On 12/30/2002 before me, A. C. Sale, personally appeared S. Niakan, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their duly authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the persons acted, executed the instrument. Witness my hand and official seal.

Signature _____A. C. Sale_____

Prepared by: Andrew Sale
1800 Tapo Canyon Rd  SV-20
Simi Valley, CA 93063
Phone # (805) 577-4383

LINCOLN, RI
KAREN O. ALLEN
TOWN CLERK

2002 AUG -5 A 9:44

A. C. SALE
COMM. #1212715
Notary Public-California
VENTURA COUNTY
My Comm. Exp. March 11, 2003