Exhibit D

## ASSIGNMENT OF MORTGAGE

INST: 00002925

The Bank of New York Trustee under the Pooling and Servicing Agreement CBS 02-37, c/o BAC Home Loans Servicing, L.P. 7105 Corporate Drive, Plano TX 75024 holder of a mortgage

from Deniz Shabo and Daniel E. Shabo

to America's Wholesale Lenders

dated December 18, 2002, and recorded with the Records of Land Evidence in the Town of Lincoln on December 19, 2002 at 9:40 a.m. at Book 937, Page 3

assigns said mortgage and the note and claim secured thereby to The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWMBS Alternative Loan Trust 2002-37 Mortgage Pass-through Certificates, Series 2002-37, c/o BAC Home Loans Servicing, L.P. 7105 Corporate Drive, Plano TX 75024

Property Address:    10 Maplewood Drive, Lincoln, RI 02864

IN WITNESS WHEREOF, the said The Bank of New York Trustee under the Pooling and Servicing Agreement Series 02-37 has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Keri Selman

this 17th day of June, 2009

The Bank of New York Trustee under the Pooling and Servicing Agreement Series 02-37
by BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P.
as its Attorney-in-Fact

By: _____
KERI SELMAN, ASSISTANT VICE PRESIDENT

*for signatory authority see Power of Attorney recorded herewith

The State of TEXAS

_____COLLIN_____ County, ss                              June 17, 2009

On this ___ day of JUN 17 2009, before me, the undersigned notary public, personally appeared ___KERI SELMAN___, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

Capacity: (as ___ASSISTANT VICE PRESIDENT___
for The Bank of New York Trustee under the Pooling and Servicing Agreement Series 02-37)
for by BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P.

_____ (Affix Seal) INST# 00002925
Notary Signature                              1596 PG: 192
My commission expires: 2-26-12

SHELBY JOE BUTLER
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-26-12

RECEIVED FOR RECORD
LINCOLN, RI
Jul 16,2009 02:05:24P
BOOK: 1596 PAGE: 191
KAREN O. ALLEN
TOWN CLERK