Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

INST: 00001293
BK: 2054 PG: 259

## CORPORATE ASSIGNMENT OF MORTGAGE

Lincoln Town, Rhode Island
SELLER'S SERVICING #            "SHABO"

Date of Assignment: April 14th, 2017
Assignor: NEW RESIDENTIAL MORTGAGE LOAN TRUST 2016-3, BY NATIONSTAR MORTGAGE AS IT'S ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: CITIBANK, N.A. AS OWNER TRUSTEE OF NEW RESIDENTIAL MORTGAGE LOAN TRUST 2016-3 at 388 GREENWICH STREET, 14TH FLOOR, NEW YORK, NY 10013

Executed By: DENIZ SHABO AND DAINEL E. SHABO  To: AMERICA'S WHOLESALE LENDER
Date of Mortgage: 12/18/2002 Recorded: 12/19/2002 in Book/Reel/Liber: 937 Page/Folio: 03 as Instrument No.: 0007996 In Lincoln Town, State of Rhode Island.

Property Address: 10 MAPLEWOOD DRIVE, LINCOLN, RI 02865

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $400,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

NEW RESIDENTIAL MORTGAGE LOAN TRUST 2016-3, BY NATIONSTAR MORTGAGE AS IT'S ATTORNEY-IN-FACT
On April 14th, 2017

By: _____
MOHAMED HAMEED, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On April 14th, 2017, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Assistant Secretary, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019 #130453613

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)

RECEIVED FOR RECORD
LINCOLN, RI
May 09, 2017 10:40A
BOOK: 2054 PAGE: 259
KAREN D. ALLEN
TOWN CLERK

RISTATE_MORT_ASSIGN_ASSN "BHENATT"