UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  DENIZ SHABO                                    BK No. 17-11257

## OJJECTION TO CLAIM #4 OF CITIBANK, NA

Now comes the Debtor and objects to claim #4 of Citibank, NA.

As grounds, the Debtor indicates that the claim does not acknowledge funds belonging to the debtor being held in escrow for a repair that has been completed, in the amount of $5,415.17.

WHEREFORE, the Debtor objects to claim #4 to the extent it does not acknowledge that it should be reduced by $5,415.17.

        Debtor
        By her Attorneys,

        /s/RUSSELL D. RASKIN
        BC #1880
        RASKIN & BERMAN
        116 East Manning Street
        Providence, RI 02906
        (401) 421-1363

## NOTICE

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.  If you timely filed such a response, you will be given thirty (30) days' notice of the hearing date for this objection.

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018 I electronically filed the Objection to claim#4 with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Gary L. Donahue     ustpregion01.pr.ecf@usdoj.gov
- John Boyajian    mail@13ritrustee.com
- Russell D. Raskin     russell@raskinberman.com
- Catherine Eastwood, Esquire, bankruptcy@kordeassoc.com
- 

 and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Ms. Deniz Shabo
10 Maplewood Drive
Lincoln, RI 02865


/s/BARBARA DUNNING